■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILFREDO DEJESUS, Appellant. [65 NYS3d 779]—Appeals by the defendant, as limited by his motion, from two sentences of the Supreme Court, Kings County (Mullen, J.), both imposed

March 23, 2016, upon his pleas of guilty, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 264 [2011]; *People v Little*, 127 AD3d 1235, 1235-1236 [2015]; *People v Brown*, 122 AD3d 133 [2014]) and, thus, does not preclude review of his excessive sentence claims. However, the sentences imposed were not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Balkin, Hall, Duffy and Brathwaite Nelson, JJ., concur.